IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 116-034 |
| ) | |
| ABIZAHI GUARDUNO-RIVERA ) | |

_____

ORDER

_____

In light of Defendant's retention of counsel, the appointment of Danny L. Durham is hereby **TERMINATED**, and Mr. Durham is accordingly **INSTRUCTED** to file his CJA voucher within ten (10) days of the date of this Order.

SO ORDERED this 5th day of July, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA