UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 1:16-034
)
ABIZAHI GUARUNO-RIVERA )

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Travers W. Chance** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Travers W. Chance** be granted leave of absence for the following periods: **July 14, 2016 through July 25, 2016.**

This 12th day of July, 2016.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia