```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF GEORGIA
                       AUGUSTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 116-034 |
| | * | |
| ABIZAHI GUARDUNO-RIVERA | * | |

## O R D E R

Defendant Abizahi Guarduno-Rivera has filed a motion for "compassionate release" under 18 U.S.C. § 3582(c)(1)(A).[1] A defendant may move a federal district court for compassionate release, but only "after he has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." In this case, Defendant has not presented any evidence or argument that he has exhausted his administrative remedies prior to filing his motion. For this reason, the Government's motion to dismiss Defendant's compassionate release motion for failure to exhaust (doc. 125) is hereby **GRANTED**. The Clerk is directed to **TERMINATE** Defendant's motion for compassionate release (doc. 124).

Notably, it is the movant's burden to show that his circumstances warrant a sentence reduction under § 3582(c)(1)(A). See United States v. Granda, 852 F. App'x 442, 446 (11th Cir. 2021).

---

[1] While Defendant references 18 U.S.C. § 3582(c)(2), his motion clearly seeks compassionate release under § 3582(c)(1)(A).

In order to qualify for compassionate release, a defendant must present an "extraordinary and compelling" reason under the applicable Policy Statement issued by the United States Sentencing Commission, U.S.S.G. § 1B1.13. While Defendant mentions several potential grounds for compassionate release to include an "unusually long sentence," caring for his parents, caring for his children, and his medical circumstances, his motion falls woefully short of establishing that he meets the criteria for these categories.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA